UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BLUEGREEN VACATIONS UNLIMITED, INC.,       :
:
Petitioner,       :        24-CV-8009 (JMF)
:
-v-        :        ORDER
:
:
T. PARK CENTRAL LLC et al.,       :
:
Respondents.       :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On October 21, 2024, Petitioner filed a petition to vacate an arbitration award. Proceedings to vacate an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition to vacate by **November 13, 2024**. Respondents' opposition, if any, is due on **December 4, 2024**. Petitioner's reply, if any, is due **December 11, 2024**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **November 13, 2024**, and shall file an affidavit of such service with the court no later than **November 14, 2024**.

SO ORDERED.

Dated: October 23, 2024
    New York, New York

_____
JESSE M. FURMAN
United States District Judge